**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7313

ELISHER RAY PARKS,

Petitioner - Appellant,

versus

DAVID A. GARRAGHTY, Warden, Greenville Correc-
tional Center,

Respondent - Appellee.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  James C. Cacheris, Senior Dis-
trict Judge.  (CA-98-1847-AM)

Submitted:  February 24, 2000          Decided:  March 1, 2000

Before MOTZ and KING, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

Dismissed by unpublished per curiam opinion.

Elisher Ray Parks, Appellant Pro Se.  Linwood Theodore Wells, Jr.,
Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elisher Ray Parks seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See <u>Parks v. Garraghty</u>, No. CA-98-1847-AM (E.D. Va. Aug. 20, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] Although the district court's order is marked as "filed" on August 18, 1999, the district court's records show that it was entered on the docket sheet on August 20, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).